F.# 2020R00577

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | P R O P O S E D   O R D E R |
| - against - | 20-CR-236    (CBA) |
| RIK WASHINGTON, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Anna L. Karamigios, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
             July 9             , 2020

S/ Roanne Mann
_____
HONORABLE ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F. #2020R00577

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 9, 2020

By E-mail

The Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Rik Washington
            Criminal Docket No. 20-CR-236

Dear Judge Mann:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:    /s/
      Anna L. Karamigios
      Assistant U.S. Attorney
      (718) 254-6225

Enclosure

cc:    Clerk of Court (by ECF)
       James Darrow, Esq. (by ECF)