FR:CSK
F. #2020R00577

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,                    FINAL ORDER OF FORFEITURE

    - against -                              20-CR-0236 (WFK)

RIK WASHINGTON,

              Defendant.

- - - - - - - - - - - - - - - - - X

WHEREAS, on or about July 26, 2021, Rik Washington (the "defendant"),

entered a plea of guilty to the the Sole Count of the above-captioned Indictment, charging a

violation of 18 U.S.C. § 922(g)(1); and

WHEREAS, on April 26, 2022, this Court entered a Preliminary Order of

Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal

Procedure, finding that all right, title and interest in one Ruger .45 caliber pistol, bearing

serial number 663-78217, together with a magazine and ammunition, seized on or about May

24, 2020, in Brooklyn, New York (the "Seized Firearm and Ammunition"), is forfeitable to

the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), as any firearm

or ammunition involved in or used in defendant's knowing violation of 18 U.S.C.

§ 922(g)(1), and/or substitute assets, pursuant to 21 U.S.C. § 853(p);

WHEREAS, legal notice of the forfeiture was published in this district on the

official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning

March 28, 2023, through and including April 26, 2023 (Docket no. 57); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Firearm and Ammunition and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p), and the Preliminary Order, all right, title, and interest in the Seized Firearm and Ammunition is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms and Explosives, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Firearm and Ammunition in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail three (3) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: Nicole Brown, ProMinds Paralegal, 271-A Cadman Plaza East, Brooklyn, New York 11201.

Dated:    Brooklyn, New York

_____May 31_____ , 2023

SO ORDERED:

s/ WFK

HONORABLE WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

---